UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RACHEL RAJPUT, :
: CIVIL ACTIONS
    Plaintiff : NO. 3:15-cv-01079-WJN
: NO. 3:15-cv-01595-WJN
    v. : (JUDGE WILLIAM J. NEALON)
:
SYNCHRONY BANK f/k/a GE :
CAPITAL RETAIL BANK, :
:
    Defendant :

## **PLAINTIFF'S RESPONSE IN OPPOSITION**
## **TO DEFENDANT'S MOTION TO STAY**

Plaintiff, Rachel Rajput, through her undersigned counsel hereby responds to and opposes Defendant's Motion to Stay.

1. On June 1, 2015, Plaintiff filed a Complaint against Defendant in this Court docketed at No. 3:15-cv-01079.

2. On August 14, 2015, Plaintiff filed a separate Complaint against Defendant in this Court docketed at No. 3:15-cv-01595.

3. Both suits allege violations by Defendant of the Telephone Consumer Protection Act ("TCPA").

4. On January 29, 2016, Defendant moved this Court to stay both cases on the basis of two then-pending cases: Spokeo, Inc. v. Robins, 135 S. Ct. 1892

(2015) and <u>ACA International v. Federal Communications Commission</u>, Case No. 15-1211 (D.C. Cir. Filed July 10, 2015).

5. On March 10, 2016, this Honorable Court granted Defendant's Motion on the basis of the <u>Spokeo</u> case, but denied Defendant's Motion with respect to the <u>ACA International</u> case as moot with leave to re-file.

6. At present, <u>Spokeo</u> has been decided, but the <u>ACA International</u> case is still pending with the DC Circuit.

7. Defendant has now renewed its Motion to Stay with respect to <u>ACA International</u>.

8. The Supreme Court's decision in <u>Spokeo</u> has had little to no effect on the landscape of discovery in this litigation and it is hard to see how the <u>ACA International</u> case will be any different.

9. This matter has already sat stagnant for four months waiting for one decision which has had no meaningful effect on the way this litigation should proceed.

10. Now, Defendant asks this Court to again stay this case to await the resolution of a case from a circuit court that is not even binding on this Court.

11. Regardless of the DC Circuit's decision, such holding will be only persuasive authority and this Court is free to consider any argument made to the DC Circuit on its own.

12. There is nothing to be gained by staying this matter to await the decision of a sister circuit.

13. Plaintiff will be prejudiced by further delay in her cases in awaiting a decision that will have no binding effect on this Court.

14. By the time that the ACA International decision is rendered, it is likely that another high-profile TCPA case may be pending before another circuit court. While a United States Supreme Court decision or a decision by the circuit court of the circuit where the action is pending could potentially justify a stay, awaiting decision in any high profile case that *may* produce relevant persuasive authority would bring the common law system to a grinding halt.

15. For the foregoing reasons, Plaintiff hereby requests that this Court DENY Defendant's Motion to Stay in its entirety.

Respectfully submitted,

Dated: July 26, 2016

By: /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney for Plaintiff
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY in the above-captioned matter this 26st day of July 2016 via ECF:

Valerie E. Brown  
Reed Smith LLP  
Three Logan Square  
1717 Arch Street  
Suite 3100  
Philadelphia, PA 19103

Respectfully submitted,

Dated: July 26, 2016						By: /s/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Attorney for Plaintiff  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Facsimile: (877) 788-2864  
Email: kimmel@creditlaw.com